IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kay Lewis,<br><br>    Petitioner,<br><br>vs.<br><br>White Mountain Apache Tribe,<br><br>    Respondent. | No. CV12-8073-PCT-SRB (DKD)<br><br>**ORDER** |

  Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on April 16, 2012. Respondent filed a Motion to Dismiss (doc. 6) on May 25, 2012. Petitioner filed a Response to the Motion to Dismiss and an Amended Petition for Writ of Habeas Corpus on June 6, 2012. On June 19, 2012 Respondent filed a Motion to Dismiss Amended Petition for Writ of Habeas Corpus (doc. 10). Petitioner file a Response to the Amended Motion to Dismiss on July 6, 2012 and Respondent filed a reply on July 16, 2012. On January 24, 2013 the Magistrate Judge issued his Report and Recommendation recommending that the Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus (doc. 6) be denied as moot and Respondent's Motion to Dismiss the Amended Petition for Writ of Habeas Corpus (doc. 10) be granted.

  The time to file objections to the Report and Recommendation have expired and no objections have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.  (Doc. 14).

IT IS FURTHER ORDERED that Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus is denied as moot. (Doc. 6)

IT IS FURTHER ORDERED granting Respondent's Motion to Dismiss the Amended Petition for Writ of Habeas Corpus.  (Doc. 10)

IT IS FURTHER ORDERED that Petitioner's Amended Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.  (Doc. 8)

IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

DATED this 12th day of February, 2013.

_____
Susan R. Bolton
United States District Judge